UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal Action No. 20-cr-10061-IT |
| Jesus Lopez, | * |
| Defendant. | * |

ORDER

TALWANI, D.J.

On July 2, 2024, this court revoked Defendant Jesus Lopez's probation in the above-captioned matter on the court's finding, on a preponderance of evidence standard, that Defendant committed a state crime while on probation, namely Conduct After an Accident, a New Hampshire class B felony. The court stayed execution of this sentence, however, to allow Defendant to attend a scheduled hearing in the related New Hampshire Superior Court matter, Hillsborough Superior Court, Southern District, case number 226-2023-cr-00167, before reporting to begin serving his federal sentence on July 30, 2024.

Proceeding in this manner is intended to allow the New Hampshire Superior Court, if it so chooses, to impose a partially or fully concurrent sentence. Defendant's counsel in this action is directed to provide a copy of this Order and the court's Judgment to Defendant's counsel in the New Hampshire matter.

IT IS SO ORDERED.

July 3, 2023

/s/ Indira Talwani
United States District Judge